| | |
|---|---|
| PATRICIA SIMMONDS, et al. </br></br> Plaintiff, </br></br> v. </br></br> CHEROKEE COUNTY, et al, </br></br> Defendants. | Civil Action No.: 1:20-cv-250 |
| TIENDA PHILLIPS, et al. </br></br> Plaintiff, </br></br> v. </br></br> CHEROKEE COUNTY, et al, </br></br> Defendants. | Civil Action No. 1:21-cv-274 |

| | |
|---|---|
| NATHAN DAVENPORT, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-276 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| MELANIE DYER, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-277 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| NATHAN DAVENPORT, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-278 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| JEREMY SILVERS, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-280 |

| | |
|---|---|
| REGINA MANEY, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-281 |

| | |
|---|---|
| DESIREE REILY, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-282 |

| | |
|---|---|
| MARTHA KILLIAN, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-283 |
| AMANDA TIMPSON, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-284 |
| SARAH CRAPSE, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-285 |

| | |
|---|---|
| HANNAH ALLEN, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-286 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TESSA DORSEY, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-287 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| LIBBY HELMS, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-288 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SHALEES GREENLEE, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-cv-289 |
| SAMANTHA TORRES, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-cv-290 |
| KELLY WALKER, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-cv-292 |

| | |
|---|---|
| SHEENA DOCKERY, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-293 |
| | ) |
| CHEROKEE COUNTY, et al, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| JESSICA FARQUHAR, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-294 |
| | ) |
| CHEROKEE COUNTY, et al, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| CAINE BURNETTE, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-295 |
| | ) |
| CHEROKEE COUNTY, et al, | ) |
| | ) |
| Defendants. | ) |

| | ) | |
|---|---|---|
| STEPHEN DOWNEY, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-296 |
| | ) | |
| CHEROKEE COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

| | ) | |
|---|---|---|
| CHEYENNE SPICOLA, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-297 |
| | ) | |
| CHEROKEE COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## STATUS REPORT

COME NOW the parties in the above captioned actions, and make the following report pursuant to the Court's Order directing updates every 45 days:

1. The Plaintiffs have consulted the North Carolina State Bar, seeking feedback on the ethical implications of several mechanisms to facilitate settlement. Plaintiffs hope for feedback from the Bar shortly.

2. Plaintiffs have evaluated the possibility of a global settlement figure, whereby the Defendants will pay a single sum of money, that would then be apportioned among the several Plaintiffs by a neutral referee, appointed by and approved by the Court.

3. Plaintiffs have also considered the viability of settling each individual case in the order it was filed.

4. Plaintiffs and Defendants conferred during a conference call on January 12, 2022 to discuss several matters, including:

    a. Choosing between different settlement options;

    b. Whether all sources of settlement funds are authorized and willing to pursue settlement;

    c. The identity of a mediator; and

    d. Whether defense counsel will agree to accept service of the complaints naming Lisa Davis in her official capacity, and Donna Crawford in her official capacity.

5. During this conference call, the Parties agreed to use Andy Cromer as a mediator, and also agreed to contact Cromer to schedule a mediation sometime in April. The Parties also agreed to contact their respective clients, and insurers to coordinate a mutually agreed upon mediation date.

6. Counsel for Lisa Davis in her official capacity and Donna Crawford in her official capacity also agreed to accept service on their behalf.

Jointly and respectfully submitted, this 14 day of January, 2202.

BY:

/s/David A. Wijewickrama
David A. Wijewickrama
N.C. State Bar No.: 30694

/s/ Melissa Jackson
Melissa Jackson
N.C. State Bar No.: 34013

/s/ D. Brandon Christian
D. Brandon Christian
N.C. Bar No. 39579

/s/ Ronald L. Moore
Ronald L. Moore
N.C. Bar. No. 9619

/s/ Mary Euler
Mary Euler
N.C. Bar No.: 25799

/s/ Patrick Flanagan
Patrick Flanagan
N.C. Bar. No.: 17407

/s/ Sean Perrin
Sean Perrin
N.C. Bar No.: 22253